```
 1  WILLIAM M. KUNTZ  # 153052
    Attorney at Law
 2  4780 Arlington Avenue
    Riverside, CA 92504
 3  (951) 343-3400
    Fax (951) 343-4004
 4  E-Mail: KuntzSSlaw @sbcglobal.net
    Attorney for Plaintiff
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 9                     EASTERN DIVISION
10
11  ROBERT L. LOFLIN,            )   CASE NO.: **ED CV 08-01410 FMO**
                                 )
12               Plaintiff,      )   ORDER AWARDING
                                 )   EAJA FEES
13       v.                      )
                                 )
14  MICHAEL J. ASTRUE,           )
    Commissioner of Social Security, )
15                               )
                 Defendant.      )
16  _____ )
17
```

18      Based upon the parties' Stipulation for Award and Payment of Equal Access
19  to Justice Act (EAJA) Fees ("Stipulation"),
20      **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the
21  Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND FIVE
22  HUNDRED NINETEEN DOLLARS and no/cents ($2,519.00), as authorized by
23  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.
24      DATED:   7/29/10

26                                  _____/s/_____
                                    UNITED STATES MAGISTRATE JUDGE